425 A.2d 8

Commonwealth v. Gerth, Appellant.

Argued April 11, 1979. Sanford A. Middleman, for appellant; Patrick H. Mahady, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.